AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:11-cv-211

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Portfolio Recovery Associates, LLC
was received by me on *(date)* 09/24/2011.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Nancy Mahlmann, Legal Intake Clerk, who is designated by law to accept service of process on behalf of *(name of organization)* Portfolio Recovery Associates, LLC, 140 Corporate Blvd., Norfolk, VA 23502 on *(date)* 09/26/2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 09/26/2011

*Server's signature*

Ryan Rodriguez, Special Process Server
*Printed name and title*

4020 Thomas Jefferson Drive
Virginia Beach, VA 23462
*Server's address*

Additional information regarding attempted service, etc:

# United States District Court

Kimberly Hoenecke

      Plaintiff(s)

vs

Zwicker & Associates, P.C., et al

      Defendant(s)

**CERTIFICATE OF SERVICE**

Case No.: **1:11-cv-211**

The undersigned being duly sworn, states:

I am over the age of 18 years old and not a party in the above named entitled action.

**I MADE SERVICE OF:**   Summons and Complaint

**SERVICE ON:**   Portfolio Recovery Associates, LLC

**ADDRESS:**   140 CORPORATE BLVD, Norfolk, VA 23502

**DATE SERVED:**   09/26/2011    **TIME SERVED:**   10:10 AM

(XX) SUBSTITUTE SERVICE (BUSINESS)– DELIVERED TO PERSON FOUND IN CHARGE OF USUAL PLACE OF BUSINESS OR EMPLOYMENT DURING BUSINESS HOURS AND GIVING INFORMATION OF ITS PURPORT.

     Nancy Mahlmann, Legal Intake Clerk

I declare under penalty of perjury that the return is true and correct.

_____ Date September 28, 2011
Ryan Rodriguez
Driskell Services, Inc.
508 S. Independence Blvd.,
Virginia Beach, VA 23452
757-961-6961

**SUBSCRIBED AND SWORN To** before me a notary public, 09/28/2011
In the City of Norfolk and the Commonwealth of Virgina.

_____

Teena Marie Driskell, Notary Public

Commission#: 268501

My Commission Expires: 4-30-2014

[Notary Seal: TEENA MARIE DRISKELL, NOTARY PUBLIC, REG. # 268501, MY COMMISSION EXPIRES Apr 30, 2014, COMMONWEALTH OF VIRGINIA]

AUTHORIZATION TO SIGN FOR DOCUMENTATION & RECEIVE SERVICE OF PROCESS
FOR
DOCUMENTS ADDRESSED TO PORTFOLIO RECOVERY ASSOCIATES, LLC

This notice hereby authorizes the following individuals to receive and assign for packages related to business matters pertaining to Portfolio Recovery Associates, LLC:

| Name | Title |
|---|---|
| Nancy Mahlmann | Legal Intake Clerk |
| Phyllis Lowder | Legal Records Manager |
| Donna Edmonds | Legal Projects Manager |
| Keith McGurgan | Associate Counsel |
| Brian Pearson | Disputes Counsel |
| Steve Zahn | Litigation Counsel |
| Franci Ware | Compliance Counsel |
| Jeff Sanborn | Corporate Counsel |
| Shawn Martin | Associate Counsel, Finance |
| Donald Redmond | Senior Counsel, Government Affairs |
| Christopher Lagow | Senior Counsel |

This notice also provides written authorization to the individuals listed above to sign and receive service on my behalf if I am unavailable to personally do so.

Judith S. Scott
Member's Representative
Portfolio Recovery Associates, LLC
140 Corporate Boulevard
Norfolk, VA 23502

COMMONWEALTH OF VIRGINIA
CITY OF NORFOLK, to wit:

On this 11 day of March, 2010, before me appeared Judith S. Scott, who executed the foregoing authorization to receive service of process and acknowledged to me that she executed and delivered the same as Member's Representative and Registered Agent of Portfolio Recovery Associates, LLC.

Notary Public

Jamie DeAnn Lemaster
Commonwealth of Virginia
Notary Public
Commission No. 7204490
My Commission Expires 08/31/2012

My commission expires: