UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY HOENECKE ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ZWICKER & ASSOC. et.al. ) <br> Defendant ) <br> ) | Case Number 1:11-cv-00211-SJM |

NOTICE OF DISMISSAL

 PLEASE TAKE NOTICE that plaintiff, Kimberly Hoenecke, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above as to Zwicker & Assoc. and Fredrick J. Hanna & Assoc. P.C. with prejudice.

        BY: /s/ Brent F. Vullings, Esq.
          Brent F. Vullings, Esq.
          Attorney for Plaintiff
          Warren & Vullings, LLP
          93 Old York Road- Ste. 333
          Jenkintown, PA 19046
          215-745-9800

DATE: October 21, 2011